Entered on Docket
April 07, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: April 05, 2011

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CYNTHIA J. TURNER,<br>aka CYNTHIA TURNER HALL,<br><br><br><br>Debtor. | Case No. 10-33520 TEC<br><br>Chapter 11 |

**MEMORANDUM RE VALUATION OF 917 N. IDAHO STREET**

On March 29, 2011, the court held a hearing to value the lien of Bank of America, National Association successor by merger to LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates Series2006-AR11 Trust (Creditor) on Debtor's real property at 917 N. Idaho Street, San Mateo, California (the Property). James F. Beiden appeared for Debtor. Christopher M. McDermott appeared for Creditor. Upon due consideration, and for the reasons set forth below, I determine the value of the Property to be $850,000 as of the date of hearing.[1]

---

[1] Each party's appraisal valued the Property as of a date close to the hearing date.

MEMORANDUM RE VALUATION OF
917 N. IDAHO STREET

-1-

I determine value from the testimony of the appraisers, the comparable sales they utilized, and adjustments to those comparable sales.

In determining the value indicated above, I make the following observations about the comparable sales the appraisers used and the adjustments proposed by each appraiser.

The adjusted price shown for Debtor's comparable sale #1 needs to be adjusted upward substantially, because the Debtor's appraiser made too small an adjustment for the smaller size and smaller number of rooms in this comparable.

The adjusted price shown for Debtor's comparable sale #2 needs to be adjusted upward substantially, because the Debtor's appraiser made too small an adjustment for the smaller size and smaller number of rooms in this comparable.

I attach little or no value to Debtor's comparable sale #3, because that property is so much smaller than the subject property.

The adjusted price shown for Debtor's comparable sale #4 needs to be adjusted upward substantially, because the Debtor's appraiser made too small an adjustment for: (a) the smaller size and smaller number of rooms in this comparable; (b) the inferior quality of the remodeling in this comparable; and (c) the fact that the property was sold in a short sale that provided no money to the seller.

I attach little or no value to Creditor's comparable sales #1 and #2, because those properties are located in a different city that carries a status different from the city in which the subject property is located.

The adjusted price shown for Creditor's comparable sale #3 needs to be adjusted downward, because the Creditor's appraiser

**MEMORANDUM RE VALUATION OF**
**917 N. IDAHO STREET**

-2-
Case: 10-33520    Doc# 88    Filed: 04/05/11    Entered: 04/07/11 10:17:33    Page 2 of 4

made too large a total adjustment for the smaller square footage, smaller number of rooms, and different character of the garage and porch of this property, and because this property is of sufficient distance from the subject property that it cannot be relied upon to show a value far in excess of that shown by other comparable sales.

The adjusted price shown for Creditor's comparable sale #4 needs to be adjusted downward, because the sale was sufficiently remote in time that it cannot be relied upon to show a value far in excess of that shown by other comparable sales.

The adjusted price shown for Creditor's comparable sale #5 needs to be adjusted downward, because it counts twice the inferior quality of remodeling of this property.

I attach no value to creditor's comparable sale #6, because it represents a listing price, not a sale price.

**END OF MEMORANDUM**

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | |
| 3 | Cynthia J. Turner |
| | 917 N. Idaho Street |
| 4 | San Mateo, CA 94401 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |